JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON NAQUIN, individually, and on behalf other similarly situated employees,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BENQ AMERICA CORP.; and DOES 1 through 25, inclusive<br><br>　　　　　Defendants. | Case No. 8:25-cv-01371 MRA (ADSx)<br><br>*Assigned to the Honorable Monica Ramirez Almadani*<br><br>[Orange County Superior Court Case No. 30-2025-01479226-CU-OE-CXC]<br><br>**ORDER DISMISSING THE FAIR CREDIT REPORTING ACT CLAIM AND REMANDING THE CASE TO STATE COURT** |

**ORDER DISMISSING THE FAIR CREDIT REPORTING ACT CLAIM AND REMANDING THE CASE TO STATE COURT**

## ORDER

The Court, having reviewed and considered the Joint Stipulation to Dismiss the Fair Credit Reporting Act Claim and Remand the Case to State Court, and good cause appearing therefor, orders as follows:

1. The Eleventh Cause of Action for Violation of 15 U.S.C. §§1681 b(b)(2)(A) (Fair Credit Reporting Act) ("FCRA") is hereby dismissed from the operative complaint without prejudice; and

2. This action is hereby **REMANDED** to the Superior Court of California for the County of Orange.

Date: July 22, 2025

Hon. Mónica Ramírez Almadani
U.S. District Judge

**ORDER DISMISSING THE FAIR CREDIT REPORTING ACT CLAIM AND REMANDING THE CASE TO STATE COURT**